ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
P. GREG PARHAM
Assistant United States Attorney          JS 6
California Bar Number 140310
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-6528
   Facsimile: (213) 894-7177
   E-mail: Greg.Parham@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CV 11-10699 DSF(VBKx) |
| Plaintiff, | ) **CONSENT JUDGMENT OF FORFEITURE** |
| vs. | ) |
| $55,010.00 IN U.S. CURRENCY, | ) |
| Defendant. | ) |

    This action was filed on December 27, 2011. Notice was given and published in accordance with law. Claimant Latoiya Bonaby ("claimant") filed a claim on February 7, 2012 and an answer on February 27, 2012, respectively. No other claims or

1 answers have been filed, and the time for filing claims and
2 answers has expired.  The parties have reached an agreement that
3 is dispositive of this action and hereby request that the Court
4 enter this Consent Judgment of Forfeiture.
5      **WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**
6      1.   This Court has jurisdiction over the parties and the
7 subject matter of this action.
8      2.   Notice of this action has been given in accordance
9 with law.  All potential claimants to the defendant $55,010.00
10 in U.S. currency (hereinafter "defendant currency") other than
11 claimant are deemed to have admitted the allegations of the
12 complaint.  The allegations set out in the complaint are
13 sufficient to establish a basis for forfeiture.
14      3.   The United States of America shall have judgment as to
15 $40,010.00 of the defendant currency, with all interest earned
16 by the government on the full amount of the defendant currency,
17 and no other person or entity shall have any right, title or
18 interest therein.  The United States Marshals Service is ordered
19 to dispose of said assets in accordance with law.
20      4.   The remainder of the defendant currency, that is,
21 $15,000.00 in U.S. currency, without any interest earned by the
22 government on the full amount of the defendant currency, shall
23 be paid to claimant by electronic transfer directly into a
24 financial institution account designated by claimant's counsel
25 within six weeks of the government's receipt of the information
26 needed to process the payment.  Claimant's counsel agrees to
27 provide appropriate financial institution account information
28 within 10 days of execution of this consent judgment.

5. Claimant hereby releases the United States of America, its agencies, agents, officers and attorneys, including employees and agents of the Drug Enforcement Administration, and officers and employees of the Los Angeles County Sheriff's Department, from any and all claims, actions or liabilities arising out of or related to the seizure of the defendant currency and the commencement of this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6. The court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: 11/8/12

*[signature]*
THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

[Signatures of the parties follow on the next page.]

**Approved as to form and content:**

DATED: November 6, 2012          ANDRÉ BIROTTE JR.
                                  United States Attorney
                                  ROBERT E. DUGDALE
                                  Assistant United States Attorney
                                  Chief, Criminal Division
                                  STEVEN R. WELK
                                  Assistant United States Attorney
                                  Chief, Asset Forfeiture Section


                                      /s/ P. Greg Parham
                                  P. GREG PARHAM
                                  Assistant United States Attorney

                                  Attorneys for Plaintiff
                                  United States of America



DATED: November 6, 2012             /s/ Hussein A. Chahine
                                  HUSSEIN A. CHAHINE
                                  Attorney for Claimant
                                  LATOIYA BONABY



DATED: November 5, 2012             /s/ Latoiya Bonaby
                                  LATOIYA BONABY
                                  CLAIMANT